# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wells, Thomas B. | U.S. Tax Court | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior Status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Washington, D.C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Urban Properties, a GA Gen. Partnership to own and rent property located in Atlanta, GA, 12/78 to Present (essentially |
| 2. | | a real estate investment, see Part VII, Item 10, Line 10). |
| 3. | Member/Manager | MKWM Properties, LLC, a NC limited liability company to own and rent property located in Asheville, NC, 7/14/13 to present |
| 4. | | (essentially a real estate investment, see Part VII , Item 70, line 126. |
| 5. | Trustee | *See explanation in Part VIII. See Part VII, Item 71, line 128. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brown Shoe Com. | A | Dividend | J | T | | | | | |
| 2. CSX, Com. | A | Dividend | L | T | | | | | |
| 3. Chevron, Com. | D | Dividend | N | T | | | | | |
| 4. Coca Cola, Com. | E | Dividend | O | T | | | | | |
| 5. Exxon, Mobil, Com. | B | Dividend | L | T | | | | | |
| 6. IBM, Com. | A | Dividend | L | T | | | | | |
| 7. Johnson & Johnson, Com. | C | Dividend | M | T | | | | | |
| 8. AGL Resources, Com. | B | Dividend | K | T | | | | | |
| 9. XOMA, Com. | A | Dividend | J | T | | | | | |
| 10. Urban Properties, GA Gen P'ship(1/2 int.) | D | Rent | N | W | | | | | |
| owns & rents property located in Atlanta, GA | | | | | | | | | |
| 11. C.D., Vidalia Federal S&L | E | Interest | P1 | T | | | | | |
| 12. Cash Mgt. Acct. Merrill Lynch Bank USA. | E | Dividend | M | T | | | | | |
| 13. Merrill Lynch Retirement Reserves CL1 Fund (IRA). | A | Dividend | L | T | | | | | |
| 14. Allstate, Com. | A | Dividend | J | T | | | | | |
| 15. Mineral interest, Midland County, TX (Apache) | E | Royalty | K | W | | | | | |
| 16. Mineral interest, Andrews County, TX (BOPCO) | B | Royalty | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. ☐ Mineral interest, Rio Arriba County, TX (CONOCO) | E | Royalty | K | W | | | | | |
| 18. ☐ Mineral interest, Creek County, OK (Cornellius) | A | Royalty | J | W | | | | | |
| 19. ☐ Mineral interest, Midland County, TX (COG) | A | Royalty | J | W | | | | | |
| 20. ☐ Mineral interest, Midland and Glasscock Counties, TX(Endeavor) | B | Royalty | J | W | | | | | |
| 21. ☐ Mineral interest, Midland County, TX (Enterprise) | B | Royalty | J | W | | | | | |
| 22. ☐ Minteral interest, Rio Arriba County, TX (Harrington SW) | A | Royalty | J | W | | | | | |
| 23. ☐ Mineral interest, McClain County, OK (Jolen) | A | Royalty | J | W | | | | | |
| 24. ☐ Mineral interest, Andrews and Midland Counties, TX (Legacy) | E | Royalty | K | W | | | | | |
| 25. ☐ Mineral interest, Marion County, TX (LODI) | A | Royalty | J | W | | | | | |
| 26. ☐ Mineral interest, McClain County, OK (ONEOK) | A | Royalty | J | W | | | | | |
| 27. ☐ Mineral interest, Upton, Midland, Glasscock Co.s, TX(Pioneer) | D | Royalty | J | W | | | | | |
| 28. ☐ Mineral interest, Midland County, TX (Plains Mktg.) | D | Royalty | J | W | | | | | |
| 29. ☐ Mineral interest, Midland County, TX (SM Energy) | A | Royalty | J | W | | | | | |
| 30. ☐ Mineral interest, Okmulgee and Montague Counties, TX (Sunoco) | A | Royalty | J | W | | | | | |
| 31. ☐ Mineral interest, Escambia County, AL (Texas Petrol.) | A | Royalty | J | W | | | | | |
| 32. ☐ Mineral interest, Andrews County, TX (Vanguard) | B | Royalty | J | W | | | | | |
| 33. ☐ Mineral interest, Midland County, TX (Wagner) | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.      Lance, Com. | A | Dividend | J | T | | | | | |
| 35. Lance, Com. | A | Dividend | J | T | | | | | |
| 36.   AGL Resources, Com. | D | Dividend | M | T | | | | | |
| 37.   Morgan Stanley, Com. | A | Dividend | J | T | | | | | |
| 38.   Coca Cola, Com. | A | Dividend | K | T | | | | | |
| 39.   B.P. PLC, ADR | D | Dividend | M | T | | | | | |
| 40.   Dominion Resources, Com. | D | Dividend | M | T | | | | | |
| 41.   SunTrust Bank, Account | B | Interest | K | T | | | | | |
| 42.   Abbott Lab., Com. | A | Dividend | J | T | | | | | |
| 43.   Amgen, Com. | A | Dividend | J | T | | | | | |
| 44.   Campbell Soup, Com. | A | Dividend | J | T | | | | | |
| 45.   Cisco Systems, Com. | A | Dividend | J | T | | | | | |
| 46.   G.E., Com. | A | Dividend | J | T | | | | | |
| 47.   Home Depot, Com. | A | Dividend | J | T | | | | | |
| 48.   Intel, Com. | A | Dividend | J | T | | | | | |
| 49.   American Funds, Investment Co. of America Fund | A | Dividend | J | T | | | | | |
| 50.   Merck, Com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Microsoft, Com. | A | Dividend | J | T | | | | | |
| 52. Pepsi Co., Com. | A | Dividend | J | T | | | | | |
| 53. Southern Co., Com. | A | Dividend | J | T | | | | | |
| 54. Disney, Com. | A | Dividend | J | T | | | | | |
| 55. Wells Fargo, Com. | A | Dividend | J | T | | | | | |
| 56. Verizon, com. | B | Dividend | K | T | | | | | |
| 57. Gum Swamp Creek, LLC, (units of ownership | F | Distribution | P1 | W | | | | | |
| in Georgia limited liability company) | | | | | | | | | |
| -AGL RESOURCES, com. | | | | | | | | | |
| -ALCATEL LUCENT ADR | | | | | | | | | |
| -AT&T CORP, com. | | | | | | | | | |
| -AMER. ELEC. PWR., com. | | | | | | | | | |
| -B.P. PLC, ADR. | | | | | | | | | |
| -CONOCO PHILLIPS, com. | | | | | | | | | |
| -CITIGROUP INC, com. | | | | | | | | | |
| -COCA COLA, com. | | | | | | | | | |
| -COMCAST CORP. New CL A, com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -DAIMLER A., com. | | | | | | | | | |
| 70. -DEVON ENERGY, com. | | | | | | | | | |
| 71. -DIRECT T.V. GRP, Holdings. CLA | | | | | | | | | |
| 72. -EXXON MOBIL CORP, com. | | | | | | | | | |
| 73. -FORD MOTOR CO., com. | | | | | | | | | |
| 74. -GENERAL ELECTRIC, com. | | | | | | | | | |
| 75. -HOME DEPOT, com. | | | | | | | | | |
| 76. -INTL PAPER CO, com. | | | | | | | | | |
| 77. - MARATHON OIL CORP, com. | | | | | | | | | |
| 78. -MATTEL INC, com. | | | | | | | | | |
| 79. -NCR CORP, com. | | | | | | | | | |
| 80. -NEWMONT MINING, com. | | | | | | | | | |
| 81. -NORFOLK SO., com. | | | | | | | | | |
| 82. -NORTHROP GRUMMAN, com. | | | | | | | | | |
| 83. -SCANA, com. | | | | | | | | | |
| 84. -SOUTHERN CO, com. | | | | | | | | | |
| 85. -TENNECO AUTO, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -TERADATA, com. | | | | | | | | | |
| 87. -UNITED STS STL, com. | | | | | | | | | |
| 88. -V F CORP, com. | | | | | | | | | |
| 89. -WCMA Money Fund CL3 | | | | | | | | | |
| 90. -Vidalia Federal Savings Bank, C.D. | | | | | | | | | |
| 91. -Vidalia Federal Savings Bank, Checking | | | | | | | | | |
| 92. -Real estate, Toombs Co., GA | | | | | | | | | |
| 93. - Real estate, Dodge Co., GA | | | | | | | | | |
| 94. - Real estate, Vidalia, GA | | | | | | | | | |
| 95. - Real estate, Telfair Co., GA | | | | | | | | | |
| 96. - Real estate, Wheeler Co., GA, parcel #1 | | | | | | | | | |
| 97. - Real estate, Wheeler Co., GA, parcel #2 | | | | | | | | | |
| 98. -Bond, GA ST HFA, 6/1/12 | | | | | Redeemed | 06/01/14 | K | A | |
| 99. -Bond, SAV GA EC DEV., 12/1/16 | | | | | | | | | |
| 100. -Bond, ATL GA DEV., 9/1/17 | | | | | | | | | |
| 101. -Bond, Barrow Co., 10/1/16 | | | | | | | | | |
| 102. -Berkshire Hathaway, B com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   -Century Link, com. | | | | | | | | | |
| 104.   -Huntington Ingls., com. | | | | | | | | | |
| 105.   -Marathon Petrol., com. | | | | | | | | | |
| 106.   -Ingredion, com. | | | | | | | | | |
| 107.   -Kinder Morgan, com. | | | | | | | | | |
| 108.   -Energy Transfer Partners, com. | | | | | | | | | |
| 109.   -Suncoke, com. | | | | | | | | | |
| 110.   -Phillips 66, com. | | | | | | | | | |
| 111.   -Twenty First Cent., com. | | | | | | | | | |
| 112.   58.   Acco Brands, com. | A | Dividend | J | T | | | | | |
| 113.   59.   Hospira, Com. | A | Dividend | J | T | | | | | |
| 114.   60.   Real Estate in Charlottesville, VA | E | Rent | N | W | | | | | |
| 115.   61.   Alcatel Lucent, ADR | A | Dividend | J | T | | | | | |
| 116.   62.   Delta Airlines, Com. | A | Dividend | K | T | | | | | |
| 117.   63.   Discover Fin. Serv., Com. | A | Dividend | J | T | | | | | |
| 118.   64.   Teradata Corp., Com. | A | Dividend | J | T | | | | | |
| 119.   65.   Tall Timber Ventures, LLC (units of ownership in | E | Distribution | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Georgia limited liability company) Owns units in Gum Swamp | | | | | | | | | |
| 121. Creek, LLC | | | | | | | | | |
| 122. 66. ▪ Fortune Brands Home Sec., com. | A | Dividend | J | T | | | | | |
| 123. 67. ▪ Beam, Inc., com. | B | Dividend | K | T | Sold | 01/05/14 | K | E | |
| 124. 68. ▪ Express Scripts Hldg., com | A | Dividend | J | T | | | | | |
| 125. 69. Abbvie, com. | A | Dividend | K | T | | | | | |
| 126. 70. MKWM Properties, LLC | D | Rent | N | W | | | | | |
| 127. -Real estate, Asheville, NC | | | | | | | | | |
| 128. 71. Trust #1 (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Part I. Positions for line 5. Trustee

Trust #1 is a trust that owns a whole life insurance policy on the life of a ⬜⬜⬜⬜ member of Reporting Person. Trust #1 is for the benefit of ⬜⬜ members of Reporting Person (but not the reporting person's ⬜⬜⬜⬜⬜⬜⬜ Trust #1 is being terminated pursuant to a court order appointing Reporting Person as sole Trustee and is distributing the insurance policy to those ⬜⬜ members. The Reporting Person is not compensated and is not entitled to compensation as Trustee. Trust #1 was created prior to the Reporting Person's appointment to current judicial position, and the Co-Trustee of Trust #1 handled all matters relating to Trust #1 until the Co-Trustee was no longer able to act for Trust #1; Reporting Person was unaware Trust #1 remained in existence until after Co-Trustee could no longer act as Co-Trustee.
(See Part VII, Item 71, Line 128).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Wells**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544